# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK HENDERSON, | : | |
| | : | CIVIL ACTION |
| Petition, | : | |
| | : | |
| v. | : | |
| | : | NO. 17-0111 |
| COURT OF COMMON PLEAS, | : | |
| OF PHILADELPHIA COUNTY, et al. | : | |
| | : | |
| Respondent. | : | |
| | : | |

## ORDER

**AND NOW**, this 18th day of September, 2017, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1); Respondents' Response in Opposition (Doc. No. 9), the August 14, 2017 Report and Recommendation of Magistrate Judge Thomas J. Rueter (Doc. No. 10) to which Petitioner has not objected, and after a thorough and independent review of the record, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED** as untimely without an evidentiary hearing;
3. There is no probable cause to issue a certificate of appealability.

It is **FURTHER ORDERED** that Petitioner's Motion for an Immediate Hearing (Doc. No. 6) is **DENIED AS MOOT**.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____

**MITCHELL S. GOLDBERG, J.**